IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM PATRICK FAIR                : CIVIL ACTION    15-5796

    VS.                             :

                                    :
EXPERIAN INFORMATION SOLUTIONS, INC.

### NOTICE

AND NOW, this 22ND day of JANUARY, 2016, it is Ordered that this matter is **SCHEDULED** for a RULE 16 CONFERENCE in chambers before the Honorable J. Curtis Joyner, on, **FEBRUARY 18, 2016 at 11:30AM** in Room 17614 - 17TH FLOOR.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

    ATTEST:                         or     BY THE COURT


BY: S/SHARON SCOTT                  _____
    SHARON SCOTT                   Judge
    Deputy Clerk
Civ 12 (9/83)